UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON PAUL FANLO,<br><br>                             Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>                             Defendant. | Case No.: 17cv1617-LAB (BLM)<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

Plaintiff has filed a complaint in this matter seeking judicial review of the denial of his application for social security disability and supplemental security income benefits. ECF No. 1. Defendant's answer and the administrative record were filed recently. ECF Nos. 12 and 13.

Pursuant to Rule 16.1(e)(3) of the Local Rules, an Early Neutral Evaluation/Case Management Conference is not required to be held in this case. Accordingly, this order sets out a briefing schedule and hearing date for cross-motions for summary judgment.

Plaintiff must file a motion for summary judgment on or before **January 2, 2018**. Defendant must file any opposition and cross-motion on or before **February 2, 2018**. Plaintiff must file any reply to Defendant's opposition and an opposition to Defendant's cross-motion for summary judgment by **February 16, 2018**. Defendant must file any reply brief on or before **March 2, 2018**.

A hearing date of **March 9, 2018** at **10:00 a.m.** is assigned. Unless the Court directs otherwise in advance, pursuant to Local Rule 7.1(d)(1), the matter will be resolved without oral argument and <u>no personal appearances on the hearing date should be made</u>.

**IT IS SO ORDERED**.

Dated: 12/12/2017

Hon. Barbara L. Major
United States Magistrate Judge