UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON PAUL FANLO,<br><br>                                    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>                                    Defendant. | Case No.:  17cv1617-LAB (BLM)<br><br>**REPORT AND RECOMMENDATION FOR ORDER REGARDING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920**<br><br>**[ECF No. 24]** |

On October 4, 2018, the parties filed a Joint Motion titled "Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d) and Costs Pursuant to 28 U.S.C. § 1920" (hereinafter "Joint Motion") ECF No. 24. On August 11, 2017, the Honorable Larry Alan Burns referred all matters arising out of this social security appeal to the Honorable Barbara L. Major. ECF No. 4.  This Report and Recommendation is submitted to United States District Judge Larry Alan Burns pursuant to 28 U.S.C. §636(b).

The parties propose that Plaintiff "be awarded attorney fees and expenses in the amount of three-thousand six-hundred seventeen dollars and seventy-seven cents ($3,617.77) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920." ECF No. 24 at 1.  The parties contend that "[t]his amount represents compensation for

1

all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d)." Id. In light of the parties' agreement and after considering the applicable law and the facts set forth in the Joint Motion, the Court **RECOMMENDS** that the Joint Motion be **GRANTED**. Accordingly, the Court **RECOMMENDS** that the District Judge issue an Order **GRANTING** the Joint Motion. The Court further **RECOMMENDS** that the District Judge issue an Order adopting this Report and Recommendation, granting the Joint Motion, and **AWARDING** Plaintiff fees and expenses in the amount of **$3,617.77** as authorized by 28 U.S.C. §§ 1920 and 2412(d), subject to the terms of the Joint Motion.

**IT IS HEREBY ORDERED** that any written objections to this Report must be filed with the Court and served on all parties **no later than October 24, 2018.** The document should be captioned "Objections to Report and Recommendation."

**IT IS FURTHER ORDERED** than any reply to the objections shall be filed with the Court and served on all parties **no later than October 31, 2018.** The parties are advised that failure to file objections within the specified time may waive the right to raise those objections on appeal of the Court's order. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).

Dated: 10/16/2018

Hon. Barbara L. Major
United States Magistrate Judge

17cv1617-LAB (BLM)